USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUDIT PANKAJBHAI SANKLECHA, Plaintiff, | |
| -v - | 1:26-cv-2107-GHW |
| PAM BONDI, *et al.*, Defendants. | ORDER |

GREGORY H. WOODS, United States District Judge:

Plaintiff's complaint was filed on March 16, 2026. Dkt. No. 1. A summons was issued the same day. On March 30, 2026, Plaintiff filed proof of service on all Defendants, indicating that he had sent copies of the summons and the complaint to all Defendants by mail. Dkt. No. 6. However, he did not indicate whether he served the United States as required by Federal Rule of Civil Procedure 4(i)(2).

In light of his status as a *pro se* litigant, the Court extended Plaintiff's time to serve a copy of the summons and the complaint to July 15, 2026. Dkt No. 7. The Court also explained Plaintiff's obligation to serve the United States under the relevant Federal Rule of Civil Procedure. The Court also ordered Plaintiff to file proof of service no later than July 16, 2026. *Id.*

On July 24, 2026, there had been no indication on the docket that any Defendant has been served. Dkt. No. 8. Accordingly, the Court ordered Plaintiff to show cause by July 28, 2026 as to why this action should not be dismissed for failure to serve process in the time allotted by Federal Rule of Civil Procedure 4(m).

As of the date of this order, Plaintiff has not responded to the Court's order to show cause or filed proof of service of a copy of the summons and the complaint on the United States.

Accordingly, the Court dismisses Plaintiff's claims against all Defendants pursuant to Fed. R. Civ. P. 4(m) without prejudice.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: July 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge